AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Peterson, Rosanna M. | U.S. District Court | 10/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|

**4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)

U.S. District Judge

**5a. Report Type (check appropriate type)**

☐ Nomination        Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☑ Amended Report

**6. Reporting Period**

01/01/2014
to
12/31/2014

**7. Chambers or Office Address**

U.S. District Court for the Eastern District of WA
920 W. Riverside
Spokane WA 99210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Washington State University--Teaching |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   CNA whole life insurance | | None | J | T | | | | | |
| 2.   TIAA Traditional | | None | N | T | | | | | |
| 3.   CREF Stock | | None | L | T | | | | | |
| 4.   CREF Equity Index | | None | | | Sold | 04/30/14 | K | | |
| 5.   T-C Intl Eq Index-Rtmt | A | Dividend | K | T | | | | | |
| 6.   T-C Large Cap Val-Rtmt | A | Dividend | L | T | | | | | |
| 7.   T-C Mid-Cap Gr-Rtmt | | None | | | Sold | 04/30/14 | J | | |
| 8.   T-C Sm-Cap Eq-Rtmt | A | Dividend | K | T | | | | | |
| 9.   TIAA-CREF Equity Index Fund (Y) | | | | | | | | | |
| 10.  TIAA Real Estate | | None | M | T | | | | | |
| 11.  CREF Bond Market | | None | L | T | | | | | |
| 12.  CREF Inf'l Linked Bond | | None | J | T | | | | | |
| 13.  CREF Money Market | | None | | | Sold | 04/04/14 | J | | |
| 14.  CREF Money Market | | None | | | Sold | 04/04/14 | J | | |
| 15.  TIAA-CREF Int'l Eq Idx-Inst (Y) | | | | | | | | | |
| 16.  TIAA-CREF Lg-Cap Gr Idx-Inst (Y) | | | | | | | | | |
| 17.  TIAA-CREF Lg-Cap Val-Prem (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TIAA-CREF Mid-Cap Gr-Prem (Y) | | | | | | | | | |
| 19. TIAA-CREF Mid-Cap Val-Prem (Y) | | | | | | | | | |
| 20. TIAA-CREF Social Ch Eq-Prem (Y) | | | | | | | | | |
| 21. CREF Growth | None | | K | T | | | | | |
| 22. USAA Cash/Money Market (Y) | | | | | | | | | |
| 23. CREF Social Choice | None | | M | T | | | | | |
| 24. USAA Global Opportunities Portfolio (Y) | | | | | | | | | |
| 25. USAA UMP Moderate Portfolio prev.Strategic Fund Adviser (Y) | | | | | | | | | |
| 26. TIAA-CREF Intl Eq-Prem (Y) | | | | | | | | | |
| 27. USAA Precious Metals & Minersals (Y) | | | | | | | | | |
| 28. American Smallcap World A (Y) | | | | | | | | | |
| 29. USAA Real Return Fund (Y) | | | | | | | | | |
| 30. USAA High Income Fund (Y) | | | | | | | | | |
| 31. USAA Short Term Bond (Y) | | | | | | | | | |
| 32. USAA Intermediate Bond Fund (Y) | | | | | | | | | |
| 33. USAA Income Fund (Y) | | | | | | | | | |
| 34. USAA Emerging Markets (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA International Fund (Y) | | | | | | | | | |
| 36. USAA Small Cap (Y) | | | | | | | | | |
| 37. USAA Income Stock (Y) | | | | | | | | | |
| 38. USAA Growth Fund (Y) | | | | | | | | | |
| 39. T-C Mid-Cap Val-Rtmt | A | Dividend | K | T | | | | | |
| 40. T-C Lg-Cap Val-Inst | A | Dividend | L | T | | | | | |
| 41. T-C Social Ch Eq-Inst | | None | | | Sold | 04/30/14 | L | | |
| 42. T-C Mid-Cap Gr-Inst | A | Dividend | J | T | | | | | |
| 43. T-C Mid-Cap Val-Inst | B | Dividend | J | T | | | | | |
| 44. T-C Intl Eq Idx-Inst | C | Dividend | M | T | | | | | |
| 45. T-C Lg-Cap Gr Idx-Inst | A | Dividend | K | T | | | | | |
| 46. T-C Eq Index-Inst | | None | | | Sold | 04/30/14 | J | | |
| 47. T-C lifecycle 2020-Rtmt | | None | | | Sold | 04/30/14 | M | | |
| 48. CREF Global Equities (X) | | None | M | T | Buy | 04/30/14 | M | | |
| 49. T-C Int'l Eq-Rtmt (X) | A | Dividend | J | T | Buy | 04/30/14 | K | | |
| 50. T-C Growth & Inc.-Rtmt (X) | A | Dividend | K | T | Buy | 04/30/14 | J | | |
| 51. T-C High-Yield Rtmt (X) | A | Dividend | J | T | Buy | 04/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T-C Infl-Lnkd Bond-Rtmt (X) | A | Dividend | J | T | Buy | 04/30/14 | J | | |
| 53. T-C Bond Rtmt (X) | A | Dividend | J | T | Buy | 04/30/14 | J | | |
| 54. T-C Soc Choice Bond Rtmt (X) | A | Dividend | K | T | Buy | 04/30/14 | K | | |
| 55. T-C Int'l Eq Inst (X) | A | Dividend | J | T | Buy | 04/30/14 | J | | |
| 56. T-C Sm-Cap Eq-Inst (X) | A | Dividend | K | T | Buy | 04/30/14 | K | | |
| 57. T-C S&P 500 Idx-Inst (X) | B | Dividend | L | T | Buy | 04/30/14 | L | | |
| 58. T-C Lg-Cap Value Idx-Inst (X) | A | Dividend | K | T | Buy | 04/30/14 | K | | |
| 59. T-C Sm-Cap Bl Idx-Inst (X) | A | Dividend | K | T | Buy | 11/10/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII: Line 9 should have been CREF Equity Index, not TIAA-CREF Equity Index Fund from previous report, which was a typo. CREF Equity Index is listed at line 4.

Section VII: Lines 15 is the same as line 44 except that the name was written out as TIAA-CREF Int'l Eq Idx-Inst in lines 15 and is referred to as T-C Int'l Eq Idx-Inst in lines 44.

Section VII: Lines 16 is the same as line 44 except that the name was written out as TIAA-CREF Lg Cap-Gr Idx-Inst in lines 16 and is referred to as T-C Lg Cap-Gr Idx-Inst in line 45.

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 10/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Rosanna M. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544